# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-00238-RJC

| | |
|---|---|
| **JAMIE LONG,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on Defendant's Consent Motion for Reversal and Remand. (DE 11). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's Consent Motion for Reversal and Remand, (DE 11), is **GRANTED**; and

2. Plaintiff's Motion for Summary Judgment, (DE 9), is **DENIED as moot**;

The Clerk is directed to close this case.

Signed: May 19, 2022

Robert J. Conrad, Jr.
United States District Judge