# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-00238-RJC

| | |
|---|---|
| **JAMIE LONG,** | )
| | )
| **Plaintiff,** | )
| | )
| v. | )
| | )    **Order**
| **COMMISSIONER OF SOCIAL SECURITY,** | )
| | )
| **Defendant.** | )
| | )

**THIS MATTER** comes before the Court on Plaintiff's motion for attorneys' fees under 28 U.S.C. § 2412, the Equal Access to Justice Act, by consent of the parties, the Court orders as follows:

1. That the Social Security Administration shall pay $4,575.00 in attorney fees to the Plaintiff in full settlement and satisfaction of any and all claims for attorney fees for legal services rendered under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

2. With respect to Plaintiff's signed assignment of EAJA fees to her attorney, in accordance with *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010), the Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first and, if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor the assignment of EAJA fees and pay the awarded fees directly to Plaintiff's counsel.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Attorney's Fees (Doc. No. 15) is **GRANTED**.

Signed: August 12, 2022

*[signature: Robert J. Conrad, Jr.]*

Robert J. Conrad, Jr.
United States District Judge